No. 88–913. CALIFORNIA *v.* ALLISON. Ct. App. Cal., 2d App. Dist. Certiorari denied. 

No. 88–916. MITCHELL ET AL. *v.* FRANK R. HOWARD MEMORIAL HOSPITAL ET AL. C. A. 9th Cir. Certiorari denied. 

No. 88–921. NETSKY, EXECUTOR OF THE ESTATE OF NETSKY *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. 

No. 88–922. HEILY *v.* MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied. 

No. 88–923. HOWELL *v.* HOMECRAFT LAND DEVELOPMENT, INC., ET AL. Sup. Ct. Tex. Certiorari denied.

No. 88–925. HARRIS ET AL. *v.* ISRAELITE BIBLE CLASS, INC. App. Ct. Ill., 5th Dist. Certiorari denied.

No. 88–933. HEMMERT SHIPPING CORP. ET AL. *v.* FURNESS WITHY (CHARTERING) PANAMA, INC. C. A. 11th Cir. Certiorari denied. 

No. 88–935. SCKOLNICK *v.* WELLS. C. A. 1st Cir. Certiorari denied.

No. 88–936. SCHWARZ *v.* CITY OF WARWICK, RHODE ISLAND, ET AL. C. A. 1st Cir. Certiorari denied.

No. 88–939. LEON, PERSONAL REPRESENTATIVE OF THE ESTATE OF MORALES *v.* AVINO, COUNTY MANAGER OF METROPOLITAN DADE COUNTY, FLORIDA, ET AL. C. A. 11th Cir. Certiorari denied. 

No. 88–942. LABOURE ASSOCIATES PERSONNEL SERVICES, INC. *v.* WHITMIRE ET AL. C. A. 5th Cir. Certiorari denied. 

No. 88–943. BARROW *v.* WALKER, TAX COLLECTOR, COLUMBIA COUNTY, FLORIDA. C. A. 11th Cir. Certiorari denied.